MINUTE ENTRY on motion for contempt.  Plaintiffs were represented by their attorney Daphne Barbee Wooten.  Defendants were represented by Michael W. Dotts.  Attorney Lin Asper was also present in the Courtroom.  Court inquired as to whether the parties had met and come to an agreement about the amounts due and owing.  Attorneys responded that they had one or two outstanding hospital bills that had not been discussed.  Court ordered that a recess be taken and that the parties meet and confer and let the Court know when they were ready to proceed.  Court recessed at 9:05 a.m. and reconvened at 9:37 a.m.  Attorney Daphne Barbee Wooten reported to the Court that the parties had met and that defense had agreed to pay those amounts.  Attorney Dotts stated that defense was distributed that they had to come before the Court on a contempt order when it could have easily been resolved.  Attorney Barbee-Wooten agrued that motion for contempt.  Attorney Dotts argued on behalf of the defendants.  Court DENIED the motion to find Sako Corporation in contempt.;   [ MGM EOD 03/14/2001]